IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
HONORABLE DAVID HUMKE,
DISTRICT COURT JUDGE, SECOND
JUDICIAL DISTRICT COURT,
WASHOE COUNTY, STATE OF
NEVADA.

No. 77311

**FILED**

FEB 01 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## *ORDER ADMINISTRATIVELY CLOSING CASE*

This matter was docketed in this court on November 2, 2018, with the filing of a certified copy of the Order of Interim Suspension of respondent David Humke. *See* Procedural Rules of the Nevada Commission on Judicial Discipline ("PRJDC") Rule 9(4) (commission shall promptly file a certified copy of the suspension with the clerk of the supreme court). Respondent did not subsequently appeal that decision. *See* NRS 1.4675(6); PRJDC Rule 9(3) (suspended judge may appeal to this court). Accordingly, the clerk of this court is directed to administratively close this matter.

It is so ORDERED.

_____, C.J.

cc: Law Offices of Kathleen M. Paustian, Chtd.
Nevada Commission on Judicial Discipline

19-05153